UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DELGADO,<br><br>Defendant.<br>_____/ | Case: 2:25-cr-20053<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 2/5/2025<br>Description: SEALED MATTER (SS)<br><br>VIOLATION: 18 U.S.C. § 875(c) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 875(c)
*Transmitting Threats in Interstate Commerce*

On or about October 22, 2023, in the Eastern District of Michigan and elsewhere, the defendant, KEVIN DELGADO, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, and in conscious disregard of a substantial risk that the communication would be understood as a true threat. Specifically, KEVIN DELGADO, while located in the State of New York, used the internet to post a reply on Twitter directed to Victim 1 located in the State of Michigan in which he

1

2

stated, "watch every step u take u digusting drunk dyke nazi you will be #murdered," in violation of Title 18, United States Code, Section 875(c).

### Special Finding—Hate Crime Motivation

The Grand Jury further alleges that defendant KEVIN DELGADO intentionally selected the victim of his threat in Count One because of the actual and perceived religion and sexual orientation of the victim, in violation of 18 U.S.C. § 875(c); U.S.S.G. § 3A1.1.

A TRUE BILL.

s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney

s/ *John K. Neal*
JOHN K. NEAL
Chief, Public Corruption and Civil Rights Unit

s/ *Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant U.S. Attorney

Dated: January 5, 2025

(Companion Case information MUST be completed by AUSA and initialed)

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:25-cr-20053<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 2/5/2025<br>Description: SEALED MATTER (SS) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: FLC |

Case Title: USA v. Kevin Delgado

County where offense occurred : Oakland County

Check One:   ☒ Felony     ☐ Misdemeanor     ☐ Petty

✓ Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

Fax:

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 5, 2025
Date

s/ *Frances Lee Carlson*
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001 Detroit, MI 48226-3277
Phone: (313) 226-9696
E-Mail address: frances.carlson@usdoj.gov
Attorney Bar #: P62624

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.